UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FELISTUS CRISWELL,<br><br>        Petitioner,<br>v.<br><br>PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Filed Office,<br>MICHAEL KROL, HSI New England Special Agent in Charge,<br>TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of U.S. Department of Homeland Security,<br><br>        Respondents. | Civil Action No. 1:25-CV-11245-BEM |

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties move this Honorable Court to dismiss this action without prejudice and without costs and interest.

Respectfully submitted,

| Petitioner, | Respondents, |
|---|---|
| By and through her attorney, | By their Attorney, |
| | LEAH B. FOLEY<br>United States Attorney |
| /s/ Benjamin B. Tymann<br>Benjamin B. Tymann, Esq.<br>Tymann, Davis & Duffy LLP<br>45 Bromfield Street<br>Boston, MA 02108<br>Ph: (617) 933-9490<br>btymann@tddlegal.com | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Rayford.Farquhar@usdoj.gov |

1

2

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 28, 2024.

     /S/ Rayford A. Farquhar
     Rayford A. Farquhar
     Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

     I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that on Tuesday, May 27, 2025, I spoke and corresponded with counsel for Petitioner and he joined in the filing of this motion.

     /S/ Rayford A. Farquhar
     Rayford A. Farquhar
     Assistant U.S. Attorney